UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

JOAN FIORE and
GASPAR FIORE,

    *Plaintiffs,*

v.                                                Case No.
                                                  Hon.

WRIGHT NATIONAL FLOOD
INSURANCE COMPANY,

    *Defendant.*
_____/

## **COMPLAINT**

COMES NOW the Plaintiffs, JOAN FIORE and GASPAR FIORE ("Plaintiffs"), by and through undersigned counsel and hereby file their Complaint against the Defendant, WRIGHT NATIONAL FLOOD INSURANCE COMPANY, a Foreign Profit Corporation ("Defendant"), and as grounds therefore state as follows:

### **JURISDICTION AND VENUE**

1.    At all times material hereto, the Plaintiffs were the owners of the subject Property located at 3170 Gordon Dr., Naples, Florida 34102 (hereinafter "Property"), and are otherwise *sui juris*.

2. At all times material hereto, the Defendant was a Foreign Profit Corporation authorized to do business in the State of Florida and doing business in Collier County, Florida.

3. At all times material hereto, the Defendant was a participant in the Write-Your-Own Program under the National Flood Insurance Program ("NFIP").

4. At all times material hereto, Plaintiffs maintained a Standard Flood Insurance Policy with Defendant bearing Policy # 09 1151829009 03 and NFIP Policy Number 1151829009 (the "Policy")

5. The Policy is governed by the National Flood Insurance Act, 42 U.S.C.S. § 4001 et seq. (1994) ("NFIA").

6. The NFIA grants exclusive jurisdiction to the federal courts to hear claims arising out of NFIA flood insurance policies including the subject Policy; as such jurisdiction and venue are proper in this Court.

## GENERAL ALLEGATIONS

7. Plaintiffs are the owners of real and personal property located at the Property.

8. At all times material hereto, the Plaintiffs maintained the Policy covering the Property.

9. The Policy was issued by Defendant.

10. A copy of the declarations page for the Policy is attached as **Exhibit A**.

11. Defendant is already in possession of a full copy of the Policy and is expected to produce a full certified copy of the Policy to Plaintiffs during discovery.

12. The Director of the Federal Emergency Management Agency ("FEMA") is statutorily authorized to promulgate regulations for the adjustment and payment of covered flood losses. 42 U.S.C. § 4019. The FEMA director has put in place regulations regarding adjustment and payment of flood losses and those regulations are incorporated into the Policy by operation of law.

13. On or about September 29, 2022, Plaintiffs suffered flood damage to the Property from Hurricane Ian.

14. The flood damage suffered was a covered loss under the Policy.

15. Plaintiffs duly reported the loss to Defendant.

16. Defendant assigned an adjuster to investigate the loss.

17. Defendant assigned Claim Number 22 0004515 to the loss (the "Claim").

18. Defendant opened coverage and issued partial payment for the Claim.

19. However, Defendant has failed and refused to provide the full benefits due for the Claim.

20. Defendant has failed and refused to provide the full coverage due for the Claim.

21.  As a direct and proximate result of the Defendant's refusal to pay the Claim, the Plaintiffs have been required to retain the services of the undersigned attorneys to represent and protect the Plaintiffs' interests and Plaintiffs have become obligated to pay them a reasonable fee for their services in bringing this action.

22.  All conditions precedent to obtaining coverage for the loss have been complied with, met, or waived.

## BREACH OF CONTRACT

23.  Plaintiffs readopt and reallege Paragraphs 1 through 22 above as though fully set forth herein.

24.  Plaintiffs and Defendant are parties to a valid and binding contract of insurance which requires Defendant to provide benefits to the Plaintiffs in the event of a covered loss to the Property.

25.  Plaintiffs have suffered a covered loss under the Policy.

26.  Defendant has denied the full benefits and coverage due for Plaintiffs' loss.

27.  Defendant breached the Policy by denying the full benefits to which the Plaintiffs are entitled for the loss.

28.  Defendant breached the Policy by denying the full coverage due to which the Plaintiffs are entitled for the loss.

29.  Plaintiffs have been damaged by Defendant's breach of the Policy.

30. Plaintiffs are entitled to compensation for Defendant's breach of the Policy.

31. Plaintiffs seek and are entitled to all available damages pursuant to the NFIA and applicable authority.

WHEREFORE, Plaintiffs, JOAN FIORE and GASPAR FIORE, demand judgment against the Defendant, WRIGHT NATIONAL FLOOD INSURANCE COMPANY, for all damages to which Plaintiffs are entitled under Federal Law, any and all amounts payable under the Policy, as well as attorney fees, costs and case expenses incurred in filing and prosecuting this action payable under the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412; and, any and all other appropriate relief to which Plaintiffs may be entitled.

## DEMAND FOR JURY TRIAL

The Plaintiffs demand a trial by jury of all issues so triable as a matter of right.

Dated this 28th day of November, 2023.

HOLMES FRASER, P.A.
Counsel for Plaintiffs
711 5th Avenue South, Suite 200
Naples, Florida 34102
Tel. (239) 228-7280/Fax. (239) 790-5766

/s/ *Daniel P. Fraser*
Daniel P. Fraser, Esq.
Florida Bar No.: 98406
Email: danfraser@holmesfraser.com
Secondary: service@holmesfraser.com

# Exhibit "A"

**Exhibit "A"**



A Stock Company
P.O. Box 33003
St. Petersburg, FL 33733-8003
Customer Service: 1-800-820-3242
Claims: 1-800-725-9472

0739178
9/13/21
2000 11523 FLD  RGLR

# FLOOD DECLARATIONS PAGE
AMENDED EFFECTIVE: 9/29/21

| Policy Number | NFIP Policy Number | Product Type: Standard Policy |
|---|---|---|
| 09 1151829009  02 | 1151829009 | Dwelling Form |

| Policy Period | Date of Issue | Agent Code | Prior Policy Number |
|---|---|---|---|
| From: 9/29/21 To: 9/29/22 12:01 am Standard Time | 09/13/2021 | 0739178 | 0000147922 |

Agent (239)898-7010
WILL TAYLOR & ASSOCIATES LLC
365 FIFTH AVE S STE 201
NAPLES FL 34102-6575

GASPAR FIORE
JOAN FIORE
2411 VINEWOOD ST
DETROIT MI 48216-1062

Property Location (if other than above)
3170 GORDON DR, NAPLES FL 34102

Address may have been changed in accordance with USPS standards.

## Rating Information

Original New Business Effective Date: 5/14/2013

Flood Risk/Rated Zone: AE

Grandfathered: No

Building Occupancy: Single Family
Primary Residence: N
Condo Type: N/A
Community #: 125130     Map Panel/Suffix: 0581 H
Community Rating: 10 / 00%     Program Status: Regular
Community Name: NAPLES, CITY OF

Number of Floors: 3 or more
Building Indicator: Elevated
Basement/Enclosure/Crawlspace:
Enclosure without Proper Openings
Elevation Difference: -7

| Coverage | | Deductible | Annual Premium |
|---|---|---|---|
| BUILDING | $250,000 | $5,000 | $776.00 |
| CONTENTS | NO CONTENTS COVERAGE | INSURED DECLINED CONTENTS COVERAGE | $0.00 |
| | | ANNUAL SUBTOTAL: | $776.00 |
| | | DEDUCTIBLE DISCOUNT/SURCHARGE: | - $167.00 |
| | | ICC PREMIUM: | $9.00 |
| | | COMMUNITY RATING DISCOUNT: | $0.00 |
| | | SUB-TOTAL: | $618.00 |
| | | RESERVE FUND ASSESSMENT: | $111.00 |
| | | PROBATION SURCHARGE: | $0.00 |
| | | FEDERAL POLICY SERVICE FEE: | $50.00 |
| | | HFIAA SURCHARGE: | $250.00 |
| Premium Paid by: Insured | | TOTAL WRITTEN PREMIUM AND FEES: | $1,029.00 |

**THIS IS NOT A BILL**

**DEAR MORTGAGEE**
The Reform Act of 1994 requires you to notify the WYO company for this policy within 60 days of any changes in the servicer of this loan.
**The above message applies only when there is a mortgagee on the insured location.**

## Special Provisions:

This policy covers only one building. If you have more than one building on your property, please make sure they are all covered. See III. Property Covered within your Flood policy for the NFIP definition of "building" or contact your agent, broker, or insurance company. Please refer to the policy for complete terms, conditions, and exclusions. A full, digital copy of your flood policy form is available at www.wrightflood.com/policyforms.html. The form which applies to your policy coverage is: Dwelling Form
No Additions and Extensions
Submit For Rate

## Forms and Endorsements:

WFL 99.414 1117 1117     FFL 99.310 0120 0120     WFL 99.116 0614 0614

This policy is issued by NAIC company 11523
Wright National Flood Insurance Company A stock company
Copy Sent To: As indicated on back or additional pages, if any.


Patricia Templeton-Jones, President

07391780911518290092125b     00000



Company

FFL99.001 0519
0739178
9/13/21

09 1151829009   02

Agent (239)898-7010
WILL TAYLOR & ASSOCIATES LLC
365 FIFTH AVE S STE 201
NAPLES FL 34102-6575

First Mortgagee
Loan 5500377360
LOANCARE LLC
ISAOA ATIMA
PO BOX 202049
FLORENCE SC 29502-2049

Refer to www.fema.gov/cost-of-flood for more information about flood risk and policy rating.
Claims Information:
Please contact your agent or go to www.wrightflood.com to enter your claim as well as receive important information to mitigate the damage to your property.  If you need to reach the insurance company the number is 1-800-725-9472.

07391780911518290092125b          00000

Company

